# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 13, 2018

Jessie Morgan Gabriel
direct dial: 212.271.1508
jgabriel@bakerlaw.com

**VIA ECF**

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Stein v. TFS Financial Corporation, Case No. 1:18-cv-220-FB-RER

Dear Judge Block:

Pursuant to Rule 2.D of your Honor's Individual Motion Practices and Rules, counsel for the parties in the above-referenced matter have agreed to revise the current briefing schedule for Plaintiff's motion for attorneys' fees and expenses.

The Court's Order dated February 9, 2018 dismissed this case, ECF No. 15, in light of the Stipulation and Order of Dismissal entered that day, ECF No. 14 (the "Stipulation").  Paragraph 13 of the Stipulation stated that Plaintiff shall have forty-five days after the Stipulation was so ordered to file a motion for attorneys' fees and expenses with the Court.

On March 16, 2018, the parties submitted a briefing scheduling stating that Plaintiff will serve a Notice of Motion and supporting papers by March 26, 2018; Defendant will serve its opposition papers by April 16, 2018; and Plaintiff will serve her reply papers and file all motion papers with the Court by April 30, 2018.  The Court entered a Scheduling Order on March 19, 2018 stating that Plaintiff shall file the fully briefed motion for attorney's fees by April 30, 2018.

The parties have stipulated to a two-week extension of time for Defendant to file its opposition papers and for Plaintiff to file her reply papers and to file all the motion papers, such that Defendant will serve its opposition papers by April 30, 2018; and Plaintiff will serve her reply papers and file all motion papers with the Court by May 14, 2018.

Respectfully submitted,

April 13, 2018
Page 2

| | |
|---|---|
| **BARRACK, RODOS & BACINE** | **BAKER & HOSTETLER LLP** |
| By: _/s/ Michael A. Toomey_ | By: _/s/ Jessie Morgan Gabriel_ |
| A. Arnold Gershon | Jessie Morgan Gabriel |
| Michael A. Toomey | 45 Rockefeller Plaza |
| 11 Times Square, 640 8th Ave. | New York, NY 10111-0100 |
| 10th Floor | Telephone: (212) 589-4200 |
| New York, NY 10022 | Facsimile: (212) 589-4201 |
| Telephone: (212) 688-0782 | |
| Facsimile: (212) 688-0783 | _Attorneys for Defendant TFS Financial Corporation_ |
| _Attorneys for Plaintiff Shiva Stein_ | |