# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 27, 2018

Jessie Morgan Gabriel
direct dial: 212.271.1508
jgabriel@bakerlaw.com

**VIA ECF**

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Stein v. TFS Financial Corporation, Case No. 1:18-cv-220-FB-RER

Dear Judge Block:

Counsel for the parties in the above-referenced matter have agreed to revise the current briefing schedule for Plaintiff's motion for attorneys' fees and expenses due to a pending settlement between the parties. Pursuant to Rule 2.D of your Honor's Individual Motion Practices and Rules, we write to inform the Court of the revised dates.

The Court entered a Scheduling Order on March 19, 2018 stating that Plaintiff shall file the fully briefed motion for attorney's fees by April 30, 2018. The parties stipulated to a two-week extension by letter to the Court on April 13, 2018. (*See* Docket Entry #17.)

In light of the pending settlement, the parties have stipulated to an additional two-week extension of time for Defendant to file its opposition papers and for Plaintiff to file her reply papers and to file all motion papers, such that Defendant will serve its opposition papers by May 14, 2018 and Plaintiff will serve her reply papers and file all motion papers with the Court by May 28, 2018.

Respectfully submitted,

| | |
|---|---|
| **BARRACK, RODOS & BACINE** | **BAKER & HOSTETLER LLP** |
| By:  */s/ Michael A. Toomey* | By:  */s/ Jessie Morgan Gabriel* |
| A. Arnold Gershon | Jessie Morgan Gabriel |
| Michael A. Toomey | 45 Rockefeller Plaza |

April 27, 2018
Page 2

| | |
|---|---|
| 11 Times Square, 640 8th Ave. 10th Floor New York, NY 10022 Telephone: (212) 688-0782 Facsimile: (212) 688-0783  *Attorneys for Plaintiff Shiva Stein* | New York, NY 10111-0100 Telephone: (212) 589-4200 Facsimile: (212) 589-4201  *Attorneys for Defendant TFS Financial Corporation* |