UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : |
| -against- | : Case No. 1:18-cv-00220-FB-RER |
| TFS FINANCIAL CORPORATION, | : |
| Defendant. | : |

### NOTICE OF SETTLEMENT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

WHEREAS, on February 9, 2018, the parties to the above-titled action entered a Stipulation and Order of Dismissal dismissing this action with leave for Plaintiff to file a motion for attorneys' fees;

WHEREAS, on February 9, 2018, the Court dismissed the above-titled action in light of the Stipulation and Order of Dismissal;

WHEREAS, the parties have now settled Plaintiff's motion for attorneys' fees;

PLEASE TAKE NOTICE that Plaintiff will not be filing a motion for attorneys' fees with the Court, and this action may be considered closed.

Dated: May 8, 2018

**BARRACK, RODOS & BACINE**

By: /s/ Michael A. Toomey
  A. Arnold Gershon
  Michael A. Toomey
  11 Times Square, 640 8th Ave.
  New York, NY 10036
  Telephone: (212) 688-0782
  Facsimile: (212) 688-0783

*Attorneys for Shiva Stein*